## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

EAGLE PHARMACEUTICALS INC.,

                Plaintiff,

      v.

ACCORD HEALTHCARE INC., ACCORD
HEALTHCARE LTD. AND INTAS
PHARMACEUTICALS LTD.,

                Defendant.

Civil Action No. 1:22-cv-00704

### [PROPOSED] STIPULATED FINAL JUDGMENT OF NON-INFRINGEMENT AND ORDER OF DISMISSAL

This Stipulation is made by and between Plaintiff Eagle Pharmaceuticals, Inc. ("Eagle") and Defendants Accord Healthcare, Inc., Accord Healthcare Ltd., and Intas Pharmaceuticals Ltd. (collectively "Accord").

WHEREAS, Accord submitted NDA No. 216987 ("Accord's NDA") seeking FDA approval pursuant to 21 U.S.C. § 355(b)(2) for a bendamustine hydrochloride injection product (the "Proposed Accord Product"), identifying BELRAPZO® as the reference listed drug and seeking approval prior to the expiration of the patents listed in the "Orange Book" for BELRAPZO®;

WHEREAS, Accord's NDA included a Paragraph IV certification under 21 U.S.C. § 355 (j)(2)(B)(iv)(I) that Accord seeks to engage in the commercial manufacture, use, offer for sale, and/or importation of the Proposed Accord Product before the expiration of U.S. Patent No. 11,103,483 ("the '483 patent");

WHEREAS, Eagle owns patents listed in the Orange Book for BELRAPZO®, including the '483 patent;

WHEREAS, all of the claims of the '483 patent are directed to "ready to use liquid bendamustine-containing composition;"

WHEREAS, this is a Hatch-Waxman Act patent infringement action in which Eagle asserts that the Proposed Accord Product infringes the '483 patent;

WHEREAS, Eagle also commenced a Hatch-Waxman Act patent infringement action against Slayback Pharma, LLC ("Slayback") and Apotex, Inc. and Apotex Corp. (collectively "Apotex") (*Eagle Pharmaceuticals, Inc. v. Slayback Pharma, LLC, et al.*, C.A. No. 21-1256-CFC-JLH ("the *Slayback* Action")), asserting that Slayback's and Apotex's respective proposed bendamustine NDA products identifying BELRAPZO® as the reference listed drug infringe the '483 patent;

WHEREAS, the Court conducted a bench trial in the *Slayback* Action on September 29, 2022;

WHEREAS, following the completion of the presentation of evidence on infringement in the *Slayback* Action, on October 25, 2022, the Court entered final judgment of noninfringement, based on the Court's determination that the Slayback and Apotex proposed bendamustine NDA products did not meet the "ready to use" limitation in the claims of the '483 patent (C.A. No. 21-1256-CFC-JLH, D.I. 118) ("Prior Non-Infringement Judgment");

WHEREAS, Eagle disputes the Court's findings, conclusions, and judgment of non-infringement in the *Slayback* Action and has appealed the final judgment entered in that action;

WHEREAS, the parties agree that for purposes of the "ready to use" limitation of the claims of the '483 patent, there is no material difference between the Slayback and Apotex

proposed bendamustine NDA products and the Proposed Accord Product, such that applying the

Court's findings and its reasons for entering the Prior Non-Infringement Judgment in the instant

action, Accord would be entitled to a judgment of non-infringement with respect to the Proposed

Accord Product;

WHEREAS, Eagle agrees to the entry of this judgment, based on the doctrine of

collateral estoppel in view of the Prior Non-Infringement Judgment and subject to Eagle's right

to seek to have this Stipulated Judgment vacated pursuant to Fed. R. Civ. P. 60(b)(5) in the event

the Prior Non-Infringement Judgment is modified, reversed, or vacated on appeal; and

WHEREAS, the Court finds that there is good cause for entry of this judgment;

NOW THEREFORE, IT IS HEREBY STIPULATED BY THE PARTIES AND

ORDERED BY THE COURT AS FOLLOWS:

1.      Based on the doctrine of collateral estoppel in view of the Prior Non-

Infringement Judgment, final judgment of non-infringement is hereby entered in favor of Accord

and against Eagle with respect to Eagle's First Amended Complaint (D.I. 10) and Accord's

Counterclaim Count I (D.I. 11, ¶¶ 15-19).

2.      All other counterclaims asserted by Accord in this action are hereby dismissed

without prejudice as moot in view of the entry of that final judgment, pursuant to the discretion

afforded district court, *see, e.g., Liquid Dynamics Corp. v. Vaughan Co., Inc.,* 355 F.3d 1361,

1371 (Fed. Cir. 2004); *Phonometrics, Inc. v. Norther Telecom Inc.,* 133 F.3d 1459, 1468 (Fed.

Cir. 1998), and subject to Accord's right to reassert the dismissed counterclaims in the event the

Prior Non-Infringement Judgment is modified, reversed, or vacated on appeal.

3.      Each party shall bear its own costs and attorney's fees with respect to all claims,

counterclaims, and defenses asserted by any party in this action.

**SO ORDERED**, this _21st_ day of _November_ 2022:

_____

HON. COLM F. CONNOLLY, CHIEF JUDGE
UNITED STATES DISTRICT COURT

**STIPULATED AND AGREED TO BY:**

Dated: November 18, 2022

MCCARTER & ENGLISH, LLP
*s/ Alexandra M. Joyce*
Daniel M. Silver (No. 4758)
Alexandra M. Joyce (No. 6423)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for Plaintiff Eagle
Pharmaceuticals, Inc.*

Kenneth G. Schuler
Marc N. Zubick
Alex Grabowski
LATHAM & WATKINS LLP
330 N. Wabash Ave, Suite 2800
Chicago, IL 60611
(312) 876-7700
Daniel G. Brown
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200

*Attorneys for Plaintiff Eagle
Pharmaceuticals, Inc.*

STAMOULIS & WEINBLATT LLC
*s/ Stamatios Stamoulis*
Stamatios Stamoulis (#4606)
800 N. West Street Third Floor
Wilmington, DE 19801
Telephone: (302) 999-1540
Facsimile: (302) 762-1688
stamoulis@swdelaw.com

*Attorneys for Defendants Accord
Healthcare, Inc., Accord Healthcare Ltd.,
and Intas Pharmaceuticals Ltd.*

Neal Seth (*pro hac vice*)
Wesley Weeks (*pro hac vice*)
Corey Weinstein (*pro hac vice*)
WILEY REIN LLP
2050 M Street NW
Washington, DC 20036
Tel: (202)719-7000
nseth@wiley.law
wweeks@wiley.law
cweinstein@wiley.law

*Attorneys for Defendants Accord
Healthcare, Inc., Accord Healthcare Ltd.,
and Intas Pharmaceuticals Ltd.*